IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| DWAYNE DILLARD, <br> Institutional ID No. 00892606 <br> SID NO. 05205327 <br><br> Plaintiff, <br><br> v. <br><br> WARDEN COZBY, *et al.*, <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. 1:24-cv-00039-BU |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Dwayne Dillard's Complaint, and all claims alleged therein, are DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

ORDERED this 3rd day of April 2025.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE